## DECLARATION OF JAMES ENGLEMAN

I, James Engleman, do hereby declare and state as follows:

1. I am the Warden at Federal Correctional Institution ("FCI") Terminal Island in San Pedro, California. I make this declaration based upon information which is personally known to me and based upon records maintained in the ordinary course of business. If called as a witness, I could and would competently testify thereto.

2. From February 19, 2017 to January 2, 2022, I served as an Associate Warden at Federal Correctional Complex ("FCC") Lompoc, and specifically during January 17, 2020, to April 5, 2020, I served as Acting Complex Warden of FCC Lompoc. As Acting Complex Warden, I was responsible for day-to-day oversight, supervision, and management of all correctional staff at FCC Lompoc.

3. On February 18, 2020, I met with Lindsay Okonowsky, a staff psychologist, at FCC Lompoc. During this meeting, Ms. Okonowsky complained to me about an Instagram page (the "Page"), however, she did not know nor identify the author of the Page.

4. Also on February 18, 2020, after I met with Ms. Okonowsky, I instructed Special Investigative Agent ("SIA") Victor Gonzales to investigate her complaints.

5. On February 19, 2020, at 7:07 AM, Ms. Okonowsky e-mailed me regarding the Page, which I forwarded at 7:50 AM to SIA Gonzales in connection with the investigation into her complaints. (Copies of these e-mails are attached as **Exhibit A**).

6. On February 19, 2020, SIA Gonzales spoke with Ms. Okonowsky to arrange a meeting to discuss her complaints.

7. On February 26, 2020, SIA Gonzales met with Ms. Okonowsky to discuss her complaints.

8. On Saturday, March 7, 2020, at 12:46 PM, Ms. Okonowsky e-mailed me again regarding the Page, which I forwarded on Monday, March 9, 2020, at 7:52 AM, to SIA Gonzales in connection with the investigation into her complaints. (Copies of these e-mails are attached as **Exhibit B**).

1

9. On March 9, 2020, I directed SIA Gonzales to refer Ms. Okonowsky's complaints regarding the Page to the Bureau of Prisons' Office of Internal Affairs ("OIA"), in addition to the ongoing FCC Lompoc investigation.

10. On March 11, 2020, Ms. Okonowsky sent Associate Warden ("AW") Gabriel Gutierrez a 48-page memo detailing her complaints regarding the Page. At 3:41 PM, Ms. Okonowsky sent me a copy of that memo, which I forwarded on March 12, 2020, at 7:47 AM, to SIA Gonzales in connection with the investigation into her complaints. (Copies of these e-mails are attached as **Exhibit C**).

11. Also on March 11, 2020, I directed SIA Gonzales to provide Ms. Okonowsky's memo to OIA in connection with the original referral submitted on March 9, 2020.

12. On March 11, 2020, as a result of Ms. Okonowsky's allegation in her memo as to the identity of the Page's creator, that individual was assigned to a different facility at FCC Lompoc while her complaints were investigated.

13. On March 27, 2020, at 9:32 PM, Ms. Okonowsky e-mailed me, again, regarding the Page, which I forwarded on March 28, 2020, at 11:50 AM, to SIA Gonzales in connection with the investigation into her complaints. (Copies of these e-mails are attached as **Exhibit D**).

14. In early April 2020, Barbara Von Blanckensee was assigned as Warden at FCC Lompoc.

15. Shortly after Warden Von Blanckensee's arrival, I apprised her of Ms. Okonowsky's complaints regarding the Page and the ongoing investigation into the same.

16. On April 13, 2020, Warden Von Blanckensee convened a six-member Threat Assessment Team, including myself, to further investigate Ms. Okonowsky's concerns regarding the Page.

17. On April 16, 2020, the Threat Assessment Team sent a memo, summarizing its findings and recommendations, to Warden Von Blanckensee. (A copy of this memorandum is attached as **Exhibit E**).

18. On April 16, 2020, following the Threat Assessment Team's recommendations, a Cease-and-Desist Order was issued to the Page's creator, which ordered the Page's creator to cease and desist posting content on social media in violation of BOP policy, including content that could reasonably be deemed harassing or bullying of another employee.

19. Also on April 16, 2020, following the Threat Assessment Team's recommendations, a referral to the Employee Assistance Program was issued to the Page's creator, which offers confidential counseling to BOP employees to help them address concerns that may negatively impact job performance and overall well- being.

20. The documents referenced above are true and correct copies of records which were made or kept by the Federal Bureau of Prisons ("BOP") and its employees at or near the time of the incidents recorded therein as part of regularly conducted business activities regarding employees, and are kept and relied upon by the BOP in the course of said regularly conducted business activity.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2023, at San Pedro, California.

_____
JAMES ENGLEMAN