**DECLARATION OF ZAKARIYA K. VARSHOVI**

I, Zakariya K. Varshovi, do hereby declare and state as follows:

1.      I am an Assistant United States Attorney for the United States Attorney's Office for the Central District of California.  I have been assigned the primary responsibility for defending the United States in this action.  I have personal knowledge of the following facts and, if called as a witness, I will testify competently thereto, and I hereby submit this corrected declaration.

2.      Exhibits A-1 through A-8 are a true and correct copies of excerpted portions from Lindsay Okonowsky's certified deposition transcript, provided to me on October 25, 2022.

3.      Exhibit B-1 through B-6 are a true and correct copies of documents produced to me or by me in discovery.

4.      Exhibit C is a true and correct copy of excerpted portions from Plaintiff's Responses to Defendant's Second Set of Interrogatories.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 6, 2023, at Los Angeles, California.

/s/ *Zakariya K. Varshovi*
ZAKARIYA K. VARSHOVI

1