

This post is certainly directed toward me. Earlier this day, I first reported my concerns about the page to the Chief Psychologist and Acting Warden. Two hours before this post was published, after the work day had concluded, I had a conversation with another staff member about how I was disappointed about the content of the page and that he was "liking" and commenting on the page. Shortly thereafter, this post was published. The caption at the top of the page states, "When you get butthurt by memes." The other caption at the bottom of the meme says, "Tomorrow's forecast? Hot enough to melt a snowflake." The hashtag says, "#youcantakeadickbutnotajoke?" I interpreted this post as menacing and did not feel comfortable going to work the next day. When I read that "tomorrow's forecast" would include a difficult day for me at work, I felt my best course of action was to refrain from putting myself in a potentially hostile work environment.