

I believe this post is targeted toward me. Just before the post was published, the owner of the page blocked me from being able to see the page, further cementing my belief that the post is targeted toward me. This post is derogatory toward women, is critical of women's (specifically my) bodies, and diminishes the role of Psychology Services. The post also makes light of the issue of inmate suicide and challenges the competency of the Psychology Services department.