

This post clearly highlights a lack of respect for Psychology Services. Over the past 1.5 years, I have had conversations with SHU staff about cell assignment recommendations. More than once, my recommendations have not been considered, resulting in subsequent PREA allegations and inmate-on-inmate assaults.

Page **28** of **48**