Varshovi Decl., Exhibit B-4



This post is also targeted toward me. During a SHU training earlier this year, SHU staff were argumentative regarding their job role of removing inmates from their cells for appointments with Psychology Services. The staff members went as far as recommending that I work on Saturdays so I did not interfere with their daily tasks when I needed to see inmates, per policy. I emphasized that removing inmates from their cells is part of SHU staff members' responsibilities and stated I have attempted, and would continue to attempt, to make every effort to be helpful (assisting with pulling inmates, etc.) and accommodate their schedules. One staff member stated to me, "I intentionally don't help you" after I highlighted my concerns with their problematic feedback and suggestions. The interactions were uncomfortable and hostile; I felt incredibly disrespected as a fellow employee. I expressed my concerns to the former SHU Lieutenant, an Associate Warden, and SHU 1 after the training. One of the SHU staff present during the training commented on this post something to the effect of, "Last quarter's SHU training," signaling that the post is, in fact, directed toward me.

About one month ago, I was working with an inmate in a private office space in SHU. Mr. Hellman entered the office and said he needed to use the space. He undermined me in the presence of the inmate. I expressed my hesitancy to relocate, but complied with the staff member's demand to use the office. The inmate and I relocated to another office. At the time, I was speaking with the inmate about his mother's recent passing. The interaction with the staff member was an inappropriate distraction. I believe this post also highlights that the staff member "got his way" and me, as "Psychology," did not.

OKONOWSKY_000377