**Varshovi Decl., Exhibit B-5**



I believe these posts are also targeted toward me as the former SHU psychologist. My job required me to request SHU staff to remove inmates from their cells for policy driven clinical contacts. I believe the posts also reflect Mr. Hellman's pattern of critiquing my physical appearance.

Page **42** of **48**

OKONOWSKY_000390