**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045

D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CORY H. HURWITZ, STATE BAR NO. 222026
ch@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318685
lb@brockgonzales.com

**Attorneys for Plaintiff**
LINDSAY OKONOWSKY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LINDSAY OKONOWSKY, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>MERRICK GARLAND, ATTORNEY GENERAL UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS,<br><br>     Defendants. | **Case No.: 2:21-cv-07581-VAP-ASx**<br>Judge: Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; OR PERMISSION TO FILE NORMALLY WITHOUT ANY SEAL PROCEDURE**<br><br>*[Plaintiff's Application for Leave to File Under Seal; or Permission to File Normally Without Any Seal Procedure; and Declaration of Lindsay Bowden.]* |

///
///
///
///
///
///
///

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; OR PERMISSION TO FILE NORMALLY WITHOUT ANY SEAL PROCEDURE**

IT IS HEREBY ORDERED that:

- Plaintiff's Request for Permission to File Normally Without Any Seal Procedure is **GRANTED**_____;
- _____
  _____
  _____.

DATED: 03/22/23

*Virginia A. Phillips*
_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; OR PERMISSION TO FILE NORMALLY WITHOUT ANY SEAL PROCEDURE**