JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LINDSAY OKONOWSKY,<br><br>*Plaintiff,*<br><br>v.<br><br>PAM BONDI,[1]<br><br>*Defendant.* | No. 2:21-cv-07581-MCS-AS<br><br>**JUDGMENT** |

In accordance with the Jury's Verdict dated January 17, 2025, it is hereby ordered, adjudged, and decreed that judgment in this matter is entered in favor of Pam Bondi, United States Attorney General, and against Plaintiff Lindsay Okonowsky. Plaintiff shall take nothing from her action against Defendant.

Dated: February 7, 2025

*/s/ Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

---

[1] Pam Bondi, United States Attorney General, takes the place of James McHenry as Defendant pursuant to Federal Rule of Civil Procedure 25(d).